**Opinion issued November 30, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00562-CV

———————————

**CHIKA ASOMUGHA, Appellant**

**V.**

**BLUE SPRIG PEDIATRICS, INC., Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-69364**

---

## MEMORANDUM OPINION

Appellant Chika Asomugha filed an Unopposed Motion for Voluntary Dismissal of [her] Appeal with Prejudice, representing she "moves for voluntary

dismissal of her appeal with prejudice. . ..”[1]  No cross appeal has been filed, and no opinion has issued.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1]  Appellant represents in her Motion that Appellee Blue Spring Pediatrics, Inc. "does not oppose th[e] Motion . . .."